# IN THE SUPREME COURT OF THE STATE OF NEVADA

REGINALD HARRIS,
           Appellant,
      vs.
THE STATE OF NEVADA,
           Respondent.

No. 72540

**FILED**

APR 1 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order revoking probation and an amended judgment of conviction. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____

[1]In light of this order, we take no action on the pro se letter filed on March 29, 2017.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-11886

cc: Hon. Kerry Louise Earley, District Judge
Reginald Harris
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A